IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

RENEE ELIZABETH T.,

    *Plaintiff*,

v.

MARTIN O'MALLEY,
COMMISSIONER
OF SOCIAL SECURITY,

    *Defendant*.
_____/

Civil No. 2:24-CV-11050

Hon. Kimberly G. Altman
United States Magistrate Judge

## **STIPULATION TO REMAND TO THE COMMISSIONER**

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the Court should enter an order remanding the above-captioned case to the Commissioner for further administrative action and a new hearing.

Respectfully submitted,

DAWN N. ISON
United States Attorney

/s/ *Maggie W. McOmber*
Maggie W. McOmber
Special Assistant United States Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(410) 965-6260

maggie.mcomber@ssa.gov[1]

/s/ Eddy Pierre Pierre[2]
Pierre Pierre Law, P.C.
15 Park Place
2nd Floor
Suite 4
Bronxville, NY 10708
646-992-8383
epierre2@pierrepierrelaw.com

---

[1] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

[2] Signed with consent obtained by email by Special Assistant United States Attorney Maggie McOmber received on August 27, 2024.

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2024, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

I further certify that the undersigned emailed an encrypted copy of the document to Eddy Pierre Pierre, Esq. at epierre2@pierrepierrelaw.com

<u>/s/ *Maggie W. McOmber*</u>
Maggie W. McOmber
Special Assistant United States Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(410) 965-6260
maggie.mcomber@ssa.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

RENEE ELIZABETH T.,

    *Plaintiff*,

                              Civil No. 2:24-CV-11050

v.

MARTIN O'MALLEY,              Hon. Kimberly G. Altman
COMMISSIONER                  United States Magistrate Judge
OF SOCIAL SECURITY,

    *Defendant*.
_____/

## ORDER REMANDING CASE UNDER
## SENTENCE FOUR PER PARTIES' STIPULATION

The parties' Stipulation to Remand to the Commissioner is granted, and this case is remanded to the Commissioner for further proceedings and a new hearing under sentence four of 42 U.S.C. § 405(g).

                                                    s/Kimberly G. Altman
                                                    KIMBERLY G. ALTMAN
Date:  August 27, 2024                  United States Magistrate Judge